NOEL J. SHUMWAY, ESQ. (SBN 142897)
LENORE SILVERMAN, ESQ. (SBN 146112)
MARKO FONG, ESQ. (SBN 95378)
SCHOOL & COLLEGE LEGAL SERVICES OF CALIFORNIA
1111 Las Gallinas
San Rafael, CA
(415) 491-2260
(415) 491-2263 FAX

Attorneys for Defendant
WEST SONOMA UNION HIGH SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALANDER AND DANETTE ALANDER,<br><br>          Plaintiff,<br><br>vs.<br><br>WEST SONOMA COUNTY UNION HIGH SCHOOL DISTRICT,<br><br>          Defendant. | Case No. C 05-2647 EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The undersigned hereby stipulate that:

1. The Case Management Conference was initially set for Wednesday, November 16, 2005.

2. On November 8, 2005, the court rescheduled the Case Management Conference for Wednesday, November 30, 2005.

3. Attorney Lenore Silverman, Counsel for Defendant WEST SONOMA COUNTY UNION HIGH SCHOOL DISTRICT, is currently scheduled to be in a hearing in another matter to be held from Monday, November 28, 2005 through Friday, December 2, 2005.

4. Due to the unavailability of counsel for defendant WEST SONOMA COUNTY UNION HIGH SCHOOL DISTRICT, the Case Management Conference be rescheduled to December 14, 2005 at 1:30 p.m.

SO STIPULATED.

-1-

DATED: November ___, 2005         SCHOOL AND COLLEGE LEGAL SERVICES OF
                                  CALIFORNIA

                                  /s/ Lenore Silverman
                                  _____
                                  Lenore Silverman
                                  Attorneys for Defendant
                                  WEST SONOMA UNION HIGH SCHOOL DISTRICT



Dated: November 22, 2005          /s/ Jane P. Reid
                                  _____
                                  Jane F. Reid
                                  Attorney for Plaintiffs
                                  LARRY ALANDER and DANETTE ALANDER


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: November 28, 2005          _____
                                  Edward M. Chen
                                  United States [Magistrate Judge]

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Edward M. Chen]

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 05-2647 EMC