1  Jane F. Reid, SBN 109642
2  The Law Office of Jane F. Reid
   5551 Lawton Avenue
3  Oakland, California 94618
   Telephone:  (510) 601-6630
4  Facsimile:  (510) 601-6630
   Email:      jreid@sonic.net
5

6  Nancy J. LoDolce, SBN 155439
   1400 North Dutton Avenue, Ste. 21
7  Santa Rosa, CA 95401
   Telephone:  (707) 544-4600
8  Facsimile:  (707) 545-1522
   Email:      njllaw@pacbell.net
9

10 Attorneys for Plaintiffs

11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13

14 LARRY ALANDER and DANETTE         )   CASE NO. C 05-2647 EMC
15 ALANDER,                          )
                                     )   STIPULATION OF DISMISSAL; ORDER
16         Plaintiffs,               )
                                     )
17     vs.                           )
                                     )
18 WEST SONOMA COUNTY UNION HIGH     )
19 SCHOOL DISTRICT,                  )
                                     )
20         Defendant.                )
                                     )
21 _____

22

23 IT IS HEREBY STIPULATED by and between the parties to this action through their designated

24 counsel that the above-captioned action be

25 \\\

26 \\\

27 \\\

28

and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: February 20, 2006

The Law Office of  
Nancy J. LoDolce

*[signature]*

Nancy J. LoDolce  
Attorney for plaintiffs  
Larry and Danette Alander

School & College  
Legal Service of California

*[signature]*

Lenore Silverman  
Attorney for defendant  
West Sonoma County Union  
High School District

IT IS SO ORDERED:

_____  
Edward M. Chen  
U.S. Magistrate Judge

Dated: 3/10/06

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

Stipulation of Dismissal – Case No. C 05-2647 EMC